## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re **Transwest Resort Properties, Inc.**　　　　　　　Case No. _____
　　　　　Debtor

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

　　Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. *See* 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

_____

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government, contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

_____

1.　(1)　SCG Hotel DLP, LP
　　　　　91 W. Putnam Avenue
　　　　　Greenwich, CT 06830
　　(2)
　　(3)　Bank loan
　　(4)　Disputed
　　(5)　$10,000,000.00

2.　(1)

　　(2)
　　(3)
　　(4)
　　(5)

3.　(1)

　　(2)
　　(3)
　　(4)
　　(5)

4.　(1)

QB\11779712.1

|   |     | (2) |
|---|-----|-----|
|   |     | (3) |
|   |     | (4) |
|   |     | (5) |
| 5.  | (1) |     |
|   |     | (2) |
|   |     | (3) |
|   |     | (4) |
|   |     | (5) |
| 6.  | (1) |     |
|   |     | (2) |
|   |     | (3) |
|   |     | (4) |
|   |     | (5) |
| 7.  | (1) |     |
|   |     | (2) |
|   |     | (3) |
|   |     | (4) |
|   |     | (5) |
| 8.  | (1) |     |
|   |     | (2) |
|   |     | (3) |
|   |     | (4) |
|   |     | (5) |
| 9.  | (1) |     |
|   |     | (2) |
|   |     | (3) |
|   |     | (4) |
|   |     | (5) |
| 10. | (1) |     |
|   |     | (2) |
|   |     | (3) |
|   |     | (4) |
|   |     | (5) |

11. (1)

    (2)
    (3)
    (4)
    (5)

12. (1)

    (2)
    (3)
    (4)
    (5)

13. (1)

    (2)
    (3)
    (4)
    (5)

14. (1)

    (2)
    (3)
    (4)
    (5)

15. (1)

    (2)
    (3)
    (4)
    (5)

16. (1)

    (2)
    (3)
    (4)
    (5)

17. (1)

    (2)
    (3)
    (4)
    (5)

18. (1)

    (2)
    (3)
    (4)
    (5)

19. (1)

    (2)
    (3)
    (4)
    (5)

20. (1)

    (2)
    (3)
    (4)
    (5)

_____

Date:  November 17, 2010

TRANSWEST RESORT PROPERTIES, INC.


By  /s/ Randal G. Dix
    Vice President

Debtor

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Randal G. Dix, [the president or other officer or an authorized agent of the corporation] [or a member or an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing "List Of Creditors Holding 20 Largest Unsecured Claims" and that it is true and correct to the best of my information and belief.

DATED: November 17, 2010

Signature /s/ Randal G. Dix

Randal G. Dix, Vice President
(Print Name and Title)