Kasey C. Nye, Esq. (AZ#020610)
Elizabeth S. Fella, Esq. (AZ#025236)
QUARLES & BRADY LLP
One South Church Avenue
Suite 1700
Tucson, Arizona 85701-1621
Telephone: (520) 770-8700
Email: kasey.nye@quarles.com
Email: elizabeth.fella@quarles.com

Proposed Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| TRANSWEST RESORT PROPERTIES, INC., an Arizona corporation, | Case No. 4:10-bk-37134 |
| Debtor. | |
| Joint Administration pending with: | Joint Administration pending with Case Nos.: |
| TRANSWEST TUCSON PROPERTY, L.L.C., a Delaware limited liability company, | 4:10-bk-37160 |
| TRANSWEST HILTON HEAD PROPERTY, LLC, a Delaware limited liability company, | 4:10-bk-37170 |
| TRANSWEST TUCSON II, LLC, a Delaware limited liability company, and | 4:10-bk-37151 |
| TRANSWEST HILTON HEAD II, LLC, a Delaware limited liability company. | 4:10-bk-37145 |
| This Pleading applies to:<br>☒ All Debtors<br>☐ Specified Debtors | **MOTION FOR ORDER AUTHORIZING AND DIRECTING (1) JOINT ADMINISTRATION, AND (2) USE OF A CONSOLIDATED CAPTION** |

QB\9970672.4

1  TRANSWEST RESORT PROPERTIES, INC., TRANSWEST TUCSON PROPERTY, L.L.C., TRANSWEST HILTON HEAD PROPERTY LLC, TRANSWEST TUCSON II, LLC, and TRANSWEST HILTON HEAD II, LLC (collectively, "Debtors"), the debtors and debtors-in-possession in the above-captioned Reorganization Cases (the "Reorganization Cases"), file this Motion asking that the Court enter an order authorizing and directing: (1) joint administration of the above-captioned bankruptcy proceedings, and (2) use of a consolidated caption. As discussed below, joint administration of the Reorganization Cases is appropriate because, among other things, (i) the Debtors are "affiliates" as that term is defined in Bankruptcy Code § 101(2)(B); (ii) similar issues and common creditors exist in the Reorganization Cases; and (iii) joint administration of the Reorganization Cases will save considerable time and expense because it will, among other things, obviate the need for duplicative notices, applications, and orders.

This Motion is further supported by the following Memorandum of Points and Authorities, by the "Declaration of Randal G. Dix" filed concurrently herewith, and by the entire record before the Court in these Reorganization Cases.

RESPECTFULLY SUBMITTED this 17th day of November, 2010.

QUARLES & BRADY LLP
One South Church Avenue
Suite 1700
Tucson, Arizona 85701-1621

By  */s/ Kasey C. Nye*
       Kasey C. Nye
       Elizabeth S. Fella

Proposed Attorneys for Debtors

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. FACTUAL AND PROCEDURAL BACKGROUND.

On November 17, 2010 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the United States Code (the "Bankruptcy Code") thereby commencing the "Reorganization Cases." Since the commencement of their Reorganization Cases, the Debtors have continued to operate their businesses and manage their assets as debtors and debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. This Court has jurisdiction over the Bankruptcy Case pursuant to 28 U.S.C. §§ 157 and 1334. These matters constitute core proceedings under 28 U.S.C. § 157(b)(2).

Transwest Resort Properties, Inc., is a Delaware corporation ("TRP"), headquartered in Tucson, Arizona, that owns two luxury resort hotels: the Westin La Paloma Resort and Country Club in Tucson Arizona (the "La Paloma Resort" or "La Paloma") and the Westin Hilton Head Island Resort and Spa on Hilton Head Island in South Carolina (the "Hilton Head Resort," and collectively with La Paloma, the "Resorts"). The Resorts' hospitality operations have over 700 employees and are managed by Starwood Hotels and Resorts Worldwide, Inc., under the luxury brand Westin flag ("Starwood").

Pursuant to lender requirements, TRP indirectly owns and manages the Resorts through a series of special purpose entities—the easiest way to understand the ownership structure is through viewing the organizational chart which is attached hereto as Exhibit "A". The La Paloma Resort is directly owned by Transwest Tucson Property, LLC (a Debtor), which is 100% owned by Transwest Tucson II, LLC (a Debtor). Transwest Tucson II LLC is 100% owned by a non-debtor entity known as Transwest Tucson Holdco, LLC, which is 100% owned by a non-debtor entity known as CPHR Mezzco, LLC. Similarly the Hilton Head Resort is owned by Transwest Hilton Head Property, LLC (a Debtor) which is 100% owned by Transwest Hilton Head II, LLC (a Debtor) which is 100% owned by non-debtor Transwest Hilton Head Holdco, LLC, which is 100% owned by a non-debtor entity known as CPHR Mezzco, LLC. TRP, the lead Debtor, owns

100% of the membership interests in CPHR Mezzco, LLC.  TRP, Transwest Tucson Property, LLC, Transwest Hilton Head Property, LLC, Transwest Tucson II, LLC, and Transwest Hilton Head II, LLC have each filed voluntary Chapter 11 petitions and are collectively referred to as the "Debtors."  In light of the consolidated organizational structure the Debtors request that the above-captioned Reorganization Cases be jointly administered for procedural purposes.

**II.     LEGAL ARGUMENT.**

By this Motion, the Debtors seek entry of an order authorizing and directing: (i) joint administration of the Debtors' Chapter 11 proceedings and (ii) use of a consolidated caption.

Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, courts are authorized to jointly administer bankruptcy proceedings if the debtor entities are affiliated or related entities with proceedings pending in the same court.

The Debtors in the above-captioned Reorganization Cases are affiliates as that term is defined in 11 U.S.C. § 101(2)(B), because each is directly or indirectly owned by an entity that owns 20 percent or more of the outstanding voting securities of the other.  Accordingly, this Court is authorized to grant the relief requested in this Motion.  Entry of an order directing joint administration of these cases will obviate the need for duplicative notices, applications and orders, and thereby save considerable time and expense for the Debtors and their estates.

The Debtors request that one docket be maintained for all cases, in the docket for the lowest numbered case.  Finally, except as set forth below, the Debtors request that the following form of consolidated caption be utilized for all pleadings and orders in these cases:

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| TRANSWEST RESORT PROPERTIES, INC., an Arizona corporation, | Case No. 4:10-bk-37134 |
| Debtor. | |
| Joint Administration pending with: | Joint Administration pending with Case Nos.: |
| TRANSWEST TUCSON PROPERTY, L.L.C., a Delaware limited liability company, | 4:10-bk-37160 |
| TRANSWEST HILTON HEAD PROPERTY, LLC, a Delaware limited liability company, | 4:10-bk-37170 |
| TRANSWEST TUCSON II, LLC, a Delaware limited liability company, and | 4:10-bk-37151 |
| TRANSWEST HILTON HEAD II, LLC, a Delaware limited liability company. | 4:10-bk-37145 |
| This Pleading applies to:<br>☒ All Debtors<br>☐ Specified Debtors | **[TITLE]** |

Joint administration of these Reorganization Cases will not result in any prejudice to the Debtors' creditors or other parties-in-interest. In fact, joint administration is in the best interest of these bankruptcy estates since issues common to both Debtors will be addressed in a single forum and by a single judge, without the need for unnecessary duplication of effort on the part of the Court, the Debtors, the United States Trustee, creditors or parties in interest. Joint administration will facilitate the administration process, as well as ease the burden and expense of administering these estates.

## **NOTICE**

No trustee, examiner, or creditors' committee has been appointed in these Reorganization Cases. Notice of this Motion has been given to the Office of the United States Trustee, the

Debtors' secured creditors, and the twenty (20) largest unsecured creditors of the Debtors. Because of the nature of the relief requested in this Motion, the Debtors submit that no other notice need be given.

**III.   CONCLUSION.**

WHEREFORE, the Debtors respectfully request entry of an order granting the relief requested herein and such other relief as is just and proper. A proposed form of order is attached hereto as Exhibit "B".

RESPECTFULLY SUBMITTED this 17th day of November, 2010.

> QUARLES & BRADY LLP
> One South Church Avenue
> Suite 1700
> Tucson, Arizona 85701-1621
>
> By  */s/ Kasey C. Nye*
>     Kasey C. Nye
>     Elizabeth S. Fella
>
> Proposed Attorneys for Debtors